Motion by AARP for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

PAUL SPERRY, Appellant, v CROMPTON CORPORATION et al., Respondents, et al., Defendants.

Submitted December 11, 2006; decided December 14, 2006

Motion by Chamber of Commerce of the United States of America for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

IVEY WALTON et al., Appellants, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES et al., Respondents.

Submitted December 11, 2006; decided December 14, 2006

Motion by Legal Aid Society et al. for leave to appear amici curiae on the appeal herein granted only to the extent that two copies of the brief may be served and 24 copies filed within seven days.

IVEY WALTON et al., Appellants, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES et al., Respondents.

Submitted December 11, 2006; decided December 14, 2006

Motion by Innocence Project, Inc. et al. for leave to appear amici curiae on the appeal herein granted only to the extent that two copies of the brief may be served and 24 copies filed within seven days.

IVEY WALTON et al., Appellants, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES et al., Respondents.

Submitted December 11, 2006; decided December 14, 2006